William E. Fliege, Administrator of Estate of William E. Fliege, Jr., Deceased, Appellant, v. Henry A. Gardner, Trustee in Bankruptcy of Alton Railroad Company, Appellee.

Gen. No. 9,544.

opinion filed November 21, 1947; released for publication December 17, 1947. G. W. Horsley, for appellant; Henry A. Converse and Miles Gray, for appellee. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full.